# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: CR 05-175 | MAGIS. NO: None |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| RICK VAN BRYSON | Rick Van Bryson, M.D. | **FILED** MAY 24 2005 |
| DOB:     PDID: None | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: Indictment Return | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Health Care Fraud and Causing An Act to be Done

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18 U.S.C. § 1347 and 18 U.S.C. § 2

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: ALAN KAY U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) ALAN KAY U.S. MAGISTRATE JUDGE | DATE ISSUED: 5/12/05 |
|---|---|---|
| CLERK OF COURT: | BY DEPUTY CLERK: Evette Saunders | DATE: 5/13/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 5-13-05 | NAME AND TITLE OF ARRESTING OFFICER Darlene Todd DUSM | SIGNATURE OF ARRESTING OFFICER Darlene Todd |
|---|---|---|
| DATE EXECUTED: 5-24-05 | | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |

1025853