**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 05-0175 (RWR) |
| | ) |
| **RICK V. BRYSON,** | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR TEMPORARY LEAVE
TO TRAVEL OUTSIDE THE WASHINGTON, D.C. AREA**

   Defendant, Rick V. Bryson, through undersigned counsel, respectfully requests that this court temporarily modify his release conditions in order to permit him to travel to the Virginia Beach, Virginia metropolitan area to attend a Professional conference in the field of Podiatry. Mr. Bryson seeks permission to travel to the Virginia beach area from June 23, 2005 to June 26, 2005. Counsel for the government does not oppose Mr. Bryson's request. For these reasons, Mr. Brsyon respectfully requests this Court to modify his release conditions in order to allow him to travel to the Virginia Beach, Virginia metropolitan area for the above stated period.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/s/
_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500