IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR NO 05-175 (RWR) |
| | ) |
| | ) |
| **RICK V. BRYSON,** | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Upon consideration of Defendant's Unopposed Motion For Temporary Leave To Travel Outside the Washington, D.C. Area, it is this _____ day of June 2005,

**HEREBY ORDERED** that Mr. Bryson be permitted to travel to the Virgina Beach, Virginia metropolitan area between June 23, 2005 and June 26, 2005.

**SO ORDERED**

Richard W. Roberts
United States District Court Judge

Copies to:

James Flood, AUSA
Tony W. Miles, AFPD
Pretrial Services Agency