## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  05-0175 (RWR)** |
| | : | |
| **v.** | : | **VIOLATIONS** |
| | : | |
| **RICK VAN BRYSON,** | : | **18 U.S.C. § 1035** |
| | : | **(False Statements Relating to** |
| **Defendant.** | : | **Health Care Matters)** |
| | : | |
| | : | **18 U.S.C. § 2** |
| | : | **(Causing an Act to be Done)** |

## INFORMATION

The United States informs the Court that:

## COUNT ONE

From on or about sometime in 1998, and continuing  up to and including September, 2001, within the District of Columbia, **RICK VAN BRYSON**, in a matter involving a health care benefit program, namely, Medicare, did knowingly and willfully cause materially false, fictitious, or fraudulent statements or representations to be made to Medicare, in connection with the delivery of or payment for health care benefits, items, or services, and in order to receive compensation from Medicare.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JAMES G. FLOOD
Assistant United States Attorney
D.C. Bar # 435-945

Dated: _____