AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court



_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Rick Van Bryson | |

CASE NUMBER: 05-175 (RWR)

I, __Rick Van Bryson__, the above named defendant, who is accused of

18 U.S.C. § 1035 and 18 U.S.C. § 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/17/05__ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer