# EXHIBIT 1

9015 O'Riley Drive
Clinton, MD 20735

October 5, 2005

Judge Roberts
U.S. Courts
Washington, DC

Dear Judge Roberts:

My name is Vivian Grayton and I am writing on behalf of Dr. Rick Bryson. I am employed as a Supportive Services Coordinator with a non profit organization for seniors in the District of Columbia and as a Social Workers. I have known and worked with Dr. Bryson for over ten years. He is a very professional and caring individual when he is working with his clientele especially his seniors. I have never known Dr. Bryson to be unprofessional or unethical at any time. If I could be of any further assistance please feel free to give me a call on (301) 318-9540.

Sincerely,

*[signature]*

Vivian M. Grayton