# GOVERNMENT EXHIBIT # 1



TriCenturion
PO Box 4766
Timonium, MD 21094-4766

November 3, 2005

Fed Ex#: 8534 7456 7697

VIA FACSIMILE, CONFIRMED VIA FIRST-CLASS MAIL
Shari McCoy, Probation Officer
United States District Court
District of Columbia
Probation Office
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Suite 2800
Washington, D.C. 20001-2866

Re: September 29, 2005 (received September 30th) *Declaration of Victim Losses* to Barbara Ellis

Dear Ms. McCoy:

This is in follow-up to our conversation today, concerning the declaration of victim losses, dated September 29, 2005, initiated by Jeffrey Lee, the prior United States Probation Officer assigned to Criminal No.: 05-175-01, United States of America vs. Rick Van Bryson.

As discussed, in substitution of the declaration of victim losses, I have prepared and enclosed a signed document concerning the amount Rick Van Bryson still owes the Medicare program.

Please let me know if the enclosed statement will meet the court's need.

Sincerely,

Barbara Ellis
TriCenturion Manager
410-683-3052



TriCenturion
PO Box 4766
Timonium, MD 21094-4766

I, Barbara Ellis, a Manager of the Timonium, Maryland office of TriCenturion, a Program Safeguard Contractor[1], attest that Rick Van Bryson owes the Medicare program $139,511.96 as a result of an overpayment projection. The overpayment was based on TriCenturion's review of a sample of Dr. Bryson's billings, in accordance with the Centers for Medicare & Medicaid Services' (CMS) sampling guidelines for dates of service from January 1, 2000 through April 30, 2003. A projection was applied to the actual overpayment amount to determine the overall amount of inappropriate services billed. To determine the projection, an Excel-based application was used to project the sample overpayment amount to the sampling frame. Since $15,850.15 has been withheld in escrow by TrailBlazer Health Enterprises[2], LLC to date, Dr. Bryson has an outstanding overpayment with the Medicare program in the amount of $123,661.81. This amount is based on the projected overpayment of $139,511.96 minus the $15,850.15 in escrow.

Restitution payments should be made payable to Medicare and mailed to the following address:
TrailBlazer Health Enterprises, LLC
Attention: Cashier
3101 S. Woodlawn
Denison, TX 75020

In order for TrailBlazer Health Enterprises, LLC to apply the money correctly, Dr. Bryson needs to indicate RESTITUTION payments on accompanying correspondence, to include his name, address and provider number.

I attest to the above information.

*[signature: Barbara Ellis]*

Executed on the 3rd day of November 2005.

---

[1] Program Safeguard Contractors are empowered by the Centers for Medicare & Medicaid Services (CMS), formerly known as Health Care Financing Administration (HCFA), under Section 1893(b) of the Social Security Act, to conduct [r]eview(s) of activities of providers of services ... furnishing items and services for which payment may be made under (Medicare), including medical and utilization review and fraud review...(and) ... determinations as to whether payment should not be, or should not have been, made ... by reason of section 1862(b), and recovery of payments that should not have been made.

[2] TrailBlazer Health Enterprises, LLC is the Medicare Part B carrier for Washington, D.C. metropolitan area.

01-03-2005  11:45am  From-TRICENTURION TIM          4106833080         T-364  P 002/004  F-998

*TriCenturion*

# Overpayment Projection

## Dr. Rick Bryson
## Provider ID: 420509

| | |
|---|---|
| Tracking Number | T-B-10202004-01 |
| Sample Methodology Approved By: | Don Edwards, Ph.D. |
| Date | October 22, 2004 |

*Overpayment Calculation*        1        *October 22, 2004*

*TriCenturion*

I. Sampling Design:

The universe is composed of all claim lines for all claims with a paid amount greater than $0.00 from Dr. Rick Bryson (420509) with dates of service between January 1, 2000 and April 30, 2003, and paid dates between January 1, 2000 and December 31, 2003. The analysis for this sample, review, and overpayment were conducted at the level of the DCN. The resulting universe of 2,226 DCNs was stratified into two groups based on provider reimbursement to reduce variability. See the table below for the universe composition of each stratum.

| STRATUM | Description | Total DCNs | Provider Reimbursement |
|---|---|---|---|
| 1 | Provider Reimbursement < $80.00 | 1,555 | $66,536.41 |
| 2 | $80.00 <= Provider Reimbursement | 671 | $82,923.23 |
| TOTALS | | 2,226 | $149,459.64 |

The sample size for each stratum was determined using the sample size estimator application in the RAT-STATS software. The mean and standard deviation of provider reimbursement and the number of DCNs in each stratum were input to estimate the minimum sample sizes required for a precision of approximately +/- 10 percent at the 90% lower bound. The RAT-STATS sample size estimator application indicated that 15 DCNs were necessary to meet these requirements for stratum one and 21 DCNs were necessary to meet these requirements for stratum two. The results of the sample size analysis are summarized below. The RANUNI function in SAS was used to generate the sample. The sample seed number was 16,180, which is the unformatted value in SAS that corresponds to April 19, 2004.

| Stratum | Stratum Size | Sample Size |
|---|---|---|
| 1 | 1,555 | 30 |
| 2 | 671 | 30 |
| Total | 2,226 | 60 |

II. Use of Spares

During the medical review of this sample, two claims were unable to be reviewed. The information for each claim replaced in the sample and the reason for replacement are given in the table below:

| Patient Name | Strat | Order | HICN | Claim Number | Reason |
|---|---|---|---|---|---|
| Katie L. Hamlin | 1 | 25 | 579345627A | 571202325001170 | Claim illegible |
| Lucia Banister | 2 | 11 | 057649217M | 571200108003070 | Claim was unattainable |

The first two claims from the spares list were substituted for these two claims.

*TriCenturion*

III. Overpayment

This overpayment projection was calculated using an Excel-based application. It uses the same formulae implemented by the variable appraisal function in RAT-STATS, but is capable of computing confidence intervals for any confidence level.

A. Summary information for the sample:

| Stratum | Number of DCNs In Sample | Total Provider Reimbursement in Sample | Total Amount Denied in Sample |
|---|---|---|---|
| 1 | 30 | $1,325.53 | $1,325.53 |
| 2 | 30 | $3,660.90 | $3,660.90 |
| Total | 60 | $4,986.43 | $4,986.43 |

B. Projected Overpayment Statistics:

The following figures were computed for the stratified random sample to yield the lower limit of a one-sided 90% confidence interval.

|  | Statistic |
|---|---|
| Number of DCNs in the universe: | 2,226 |
| Number of DCNs in the sample | 60 |
| Average overpayment per DCN | $67.65 |
| Standard error of average overpayment per DCN | $3.88 |
| Point estimate of the total overpayment: | $150,588.77 |
| Standard error of the point estimate | $8,643.28 |
| Relative error of the total overpayment* | 5.74% |
| 90% One-sided confidence interval | $139,511.96 |

\* relative error = (standard error of the point estimate/point estimate) × 100

C. Projected Overpayment:

The projected overpayment is equal to the lower limit of a one-sided 90% confidence interval for the point estimate of the total overpayment.

Projected Overpayment                                              $139,511.96