# GOVERNMENT EXHIBIT # 2

Dr. Rick V. Bryson
Loss Spreadsheet
Dr. Kinberg Review

| Hicn | SurName | FInitial | Dcn | TOS | PlaceSer | FromDt | Diag | ProcCd | ProcMd | AllowChrg | PdProv | Basis for Loss | Loss Allow | Loss Pd. | Appropriate code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 579147538A | POINT | T | 571200304010140 | 2 | 11 | 20001019 | 70219 | 11306 | | $78.63 | $62.90 | review | $78.63 | $62.90 | A9160 |
| 219123655D | BROOKS | D | 571701024621260 | 2 | 12 | 20001215 | 72743 | 20550 | | $80.81 | $64.65 | review | $80.81 | $64.65 | |
| 246446438A | JOHNSO | N | 571701029697300 | 2 | 11 | 20001215 | 72743 | 20550 | | $80.81 | $64.65 | review | $80.81 | $64.65 | |
| 248189329B | RICE | D | 571701029697280 | 2 | 12 | 20001215 | 72743 | 20550 | | $80.81 | $64.65 | review | $80.81 | $64.65 | |
| 265122197D | MANLEY | C | 571201036001480 | 2 | 11 | 20001220 | 71997 | 11042 | 79 | $42.43 | $33.94 | review | $42.43 | $33.94 | A9160 |
| 265122197D | MANLEY | C | 571201036001480 | 2 | 11 | 20001220 | 71997 | 11042 | 7951 | $34.21 | $27.37 | review | $34.21 | $27.37 | A9160 |
| 578261048A | SIMONS | G | 571201036001490 | 2 | 11 | 20001220 | 71997 | 11042 | 79 | $42.43 | $33.94 | review | $42.43 | $33.94 | A9160 |
| 578261048A | SIMONS | G | 571201036001490 | 2 | 11 | 20001220 | 71997 | 11042 | 7951 | $34.21 | $27.37 | review | $34.21 | $27.37 | A9160 |
| 579147538A | POINT | T | 571701064619650 | 2 | 11 | 20010123 | 3558 | 64450 | | $116.78 | $93.42 | review | $37.27 | $29.82 | 20600 |
| 265122197D | MANLEY | C | 571701068622370 | 2 | 12 | 20010214 | 71977 | 29515 | | $75.01 | $60.01 | review | $75.01 | $60.01 | |
| 229051922D6 | FEGGIN | M | 571701207618720 | 2 | 11 | 20010424 | 9597 | 12001 | | $157.28 | $125.82 | review | $157.28 | $125.82 | |
| 577242429A | RICE | D | 571701204685170 | 2 | 12 | 20010427 | 9597 | 12001 | | $157.28 | $125.82 | review | $157.28 | $125.82 | |
| 579147538A | POINT | T | 571701149618830 | 2 | 11 | 20010501 | 70710 | 11042 | 58 | $86.93 | $69.54 | review | $86.93 | $69.54 | A9160 |
| 579147538A | POINT | T | 571701149618840 | 2 | 11 | 20010501 | 70710 | 29550 | 58 | $20.17 | $16.14 | review | $20.17 | $16.14 | |
| 579147538A | POINT | T | 571701218692960 | 2 | 11 | 20010710 | 6827 | 10140 | | $118.69 | $94.95 | review | $118.69 | $94.95 | A9160 |
| 068286616A | BERG | D | 571701309702910 | 2 | 12 | 20010817 | 7358 | 28313 | | $523.52 | $418.82 | review | $523.52 | $418.82 | |
| 579147538A | POINT | T | 571701316750900 | 2 | 11 | 20011018 | 6827 | 11765 | | $67.43 | $53.94 | review | $67.43 | $53.94 | A9160 |
| 229051922D6 | FEGGIN | M | 571702022613920 | 2 | 11 | 20011107 | 71997 | 11421 | | $152.83 | $122.26 | review | $152.83 | $122.26 | A9160 |
| 579147538A | POINT | T | 571702122634990 | 2 | 11 | 20020124 | 6827 | 20000 | | $166.73 | $133.38 | review | $68.22 | $54.58 | 10060 |
| 229051922D6 | FEGGIN | M | 571702122634980 | 1 | 11 | 20020227 | 3558 | 99212 | | $40.13 | $32.10 | review | $40.13 | $32.10 | |
| 229051922D6 | FEGGIN | M | 571702114634000 | 2 | 11 | 20020410 | 7358 | 29550 | | $36.39 | $29.11 | review | $36.39 | $29.11 | |
| | | | | | | | | | | | | | $5,793.17 | $4,562.46 | |

Rick V. Bryson Loss Spreadsheet
(DOS: Nov 1998 to Sept 31, 2001)

| Hicn | SurName | FInitial | Dcn | TOS | PlaceSer | FromDt | Diag | ProcCd | PdProv | Basis for Loss | Loss (pd) | Appropriate code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 579147538A | POINT | T | 571299025024290 | 2 | 12 | 19981223 | 71997 | 11422 | $85.21 | review | $85.21 | A9160 |
| 248189329B | RICE | D | 571299067018280 | 2 | 12 | 19990219 | 6827 | 20000 | $100.34 | review | $88.67 | 99212 |
| 229051922D6 | FEGGIN | M | 571299204008490 | 1 | 11 | 19990421 | 72670 | 99213 | $36.14 | review | $11.63 | 99212 |
| 578183826D | HAWKIN | N | 571299144039060 | 2 | 12 | 19990510 | 7038 | 11732 | $25.91 | review | $25.91 | |
| 068286616A | BERG | D | 571299179031370 | 2 | 12 | 19990528 | 7071 | 11042 | $58.02 | review | $58.02 | |
| 229051922D6 | FEGGIN | M | 571299193013100 | 2 | 11 | 19990616 | 7071 | 11042 | $58.02 | review | $58.02 | A9160 |
| 579147538A | POINT | T | 571399235386140 | 2 | 12 | 19990710 | 7071 | 11042 | $58.02 | review | $58.02 | A9160 |
| 578183826D | HAWKIN | N | 571799263666270 | 2 | 12 | 19990830 | 7071 | 11042 | $58.02 | review | $58.02 | A9160 |
| 068286616A | BERG | D | 571799270673270 | 2 | 12 | 19990917 | 7358 | 28313 | $272.80 | review | $272.80 | |
| 248189329B | RICE | D | 571799270667530 | 2 | 12 | 19990917 | 7358 | 28313 | $272.80 | review | $14.29 | 28270 |
| 229051922D6 | FEGGIN | M | 571200039001400 | 2 | 11 | 20000105 | 3558 | 64450 | $0.00 | review | $0.00 | |
| 248189329B | RICE | D | 571200053004080 | 2 | 12 | 20000120 | 71997 | 11308 | $92.00 | review | $22.03 | 11307 |
| 068286616A | BERG | D | 571200140002810 | 2 | 11 | 20000428 | 7358 | 28313 | $336.36 | review | $336.36 | |
| 248189329B | RICE | D | 571200140002800 | 2 | 11 | 20000428 | 7358 | 28313 | $336.36 | review | $25.78 | 28270 |
| 577242429A | RICE | D | 571200339010380 | 2 | 12 | 20000715 | 70219 | 11306 | $62.10 | review | $62.10 | |
| 068286616A | BERG | D | 571200311006370 | 2 | 12 | 20000825 | 3558 | 64450 | $74.00 | review | $11.22 | 20550 |
| 248189329B | RICE | D | 571200318005380 | 2 | 12 | 20000825 | 3558 | 64450 | $77.82 | review | $77.82 | |
| 579147538A | POINT | T | 571200304010140 | 2 | 11 | 20001019 | 70219 | 11306 | $62.90 | review | $62.90 | A9160 |
| 248189329B | RICE | D | 571701029697280 | 2 | 12 | 20001215 | 72743 | 20550 | $64.65 | review | $64.65 | |
| 579147538A | POINT | T | 571701064619650 | 2 | 11 | 20010123 | 3558 | 64450 | $93.42 | review | $37.27 | 20600 |
| 229051922D6 | FEGGIN | M | 571701207618720 | 2 | 11 | 20010424 | 9597 | 12001 | $125.82 | review | $125.82 | |
| 577242429A | RICE | D | 571701204685170 | 2 | 12 | 20010427 | 9597 | 12001 | $125.82 | review | $125.82 | |
| 579147538A | POINT | T | 571701149618830 | 2 | 11 | 20010501 | 70710 | 11042 | $69.54 | review | $69.54 | A9160 |
| 579147538A | POINT | T | 571701149618840 | 2 | 11 | 20010501 | 70710 | 29550 | $16.14 | review | $16.14 | |
| 579147538A | POINT | T | 571701218692960 | 2 | 11 | 20010710 | 6827 | 10140 | $94.95 | review | $94.95 | A9160 |
| 068286616A | BERG | D | 571701309702910 | 2 | 12 | 20010817 | 7358 | 28313 | $418.82 | review | $418.82 | |

$2,281.81