# GOVERNMENT EXHIBIT # 3

Case 1:05-cr-00175-RWR    Document 16-4    Filed 11/29/2005    Page 1 of 3

Dr. Rick V. Bryson
Loss Spreadsheet
No Notes

| Hicn | SurName | FInitial | Dcn | TOS | PlaceSer | FromDt | Diag | ProcCd | ProcMd | SubmChrg | AllowChrg | PdProv | Basis for Loss | Loss Allow | Loss Pd. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 579225009A | FRANCI | R | 571299179032080 | 2 | 11 | 19990602 | 7030 | 11750 | 79 | $156.70 | $156.07 | $124.86 | no notes | $156.07 | $124.86 |
| 578015211A | JOHNSO | B | 571299179032110 | 2 | 11 | 19990603 | 7030 | 11750 |  | $156.70 | $156.07 | $124.86 | no notes | $156.07 | $124.86 |
| 579444912M | BRADSH | E | 571799250660700 | 2 | 11 | 19990826 | 9178 | 12001 |  | $102.44 | $102.44 | $81.95 | no notes | $102.44 | $81.95 |
| 227381720A | BREWER | M | 571799277622290 | 2 | 11 | 19990923 | 71997 | 11307 | 79 | $85.67 | $85.67 | $68.54 | no notes | $85.67 | $68.54 |
| 577281578A | COOK | T | 571200033006480 | 2 | 12 | 19991124 | 7038 | 11730 |  | $71.02 | $64.06 | $51.25 | no notes | $64.06 | $51.25 |
| 577281578A | COOK | T | 571200033006480 | 2 | 12 | 19991124 | 7038 | 11732 |  | $31.00 | $31.00 | $24.80 | no notes | $31.00 | $24.80 |
| 578249738A | ROBERT | B | 571700003784820 | 2 | 11 | 19991201 | 71997 | 11308 |  | $113.54 | $113.54 | $90.83 | no notes | $113.54 | $90.83 |
| 236561976A | SMITH | D | 571200041002400 | 2 | 11 | 19991207 | 3558 | 64450 |  | $78.49 | $78.49 | $62.79 | no notes | $78.49 | $62.79 |
| 579091804D | LAWSON | J | 571700003785370 | 2 | 12 | 19991208 | 3558 | 64450 |  | $78.49 | $78.49 | $62.79 | no notes | $78.49 | $62.79 |
| 241345075A | CARTER | C | 571200091004110 | 2 | 12 | 20000205 | 92420 | 10140 |  | $105.00 | $102.08 | $76.65 | no notes | $102.08 | $76.65 |
| 293263158A | BARKLE | A | 571200109006380 | 2 | 11 | 20000330 | 7030 | 11730 |  | $71.59 | $71.59 | $57.27 | no notes | $71.59 | $57.27 |
| 293263158A | BARKLE | A | 571200109006380 | 2 | 11 | 20000330 | 7030 | 11732 |  | $31.50 | $31.50 | $25.20 | no notes | $31.50 | $25.20 |
| 056249148A | SCOTT | L | 571200140002770 | 2 | 11 | 20000419 | 7358 | 28313 | 79 | $420.45 | $420.45 | $336.36 | no notes | $420.45 | $336.36 |
| 224682969A | BERRY | P | 571200143012840 | 2 | 11 | 20000428 | 7358 | 28200 |  | $441.00 | $441.00 | $272.80 | no notes | $441.00 | $272.80 |
| 579079738D | ROY | V | 571200143009560 | 2 | 11 | 20000511 | 7071 | 11042 |  | $79.63 | $79.62 | $63.70 | no notes | $79.62 | $63.70 |
| 579034855A | KIZSEE | C | 571200171002530 | 2 | 11 | 20000524 | 92420 | 10140 |  | $102.80 | $102.08 | $81.66 | no notes | $102.08 | $81.66 |
| 293263158A | BARKLE | A | 571200284001260 | 2 | 11 | 20001005 | 3558 | 64450 | 79 | $92.50 | $92.50 | $74.00 | no notes | $92.50 | $74.00 |
| 408225182D | BOWEN | V | 571200340006870 | 2 | 11 | 20001019 | 7062 | 11421 |  | $126.15 | $126.15 | $100.92 | no notes | $126.15 | $100.92 |
| 236561976A | SMITH | D | 571701075622490 | 2 | 11 | 20010312 | 2740 | 28515 | 79 | $76.01 | $76.01 | $60.81 | no notes | $76.01 | $60.81 |
| 237202327A | SIMS | J | 571701197611360 | 2 | 12 | 20010604 | 70710 | 11042 |  | $86.93 | $86.93 | $69.54 | no notes | $86.93 | $69.54 |
| 578469004A | ROBERS | O | 571701313645250 | 2 | 11 | 20011016 | 1101 | 11720 | Q8 | $31.41 | $0.00 | $0.00 | no notes | $0.00 | $0.00 |
| 578469004A | ROBERS | O | 571701313645260 | 2 | 11 | 20011016 | 1101 | 11056 | Q8 | $25.75 | $25.75 | $20.60 | no notes | $25.75 | $20.60 |
| 056249148A | SCOTT | L | 571702016615860 | 2 | 11 | 20011031 | 71997 | 11422 |  | $275.00 | $170.75 | $136.60 | no notes | $170.75 | $136.60 |
| 257464912D | MIMS | M | 571702080629450 | 1 | 11 | 20020205 | 6869 | 99202 |  | $67.75 | $67.59 | $54.07 | no notes | $67.59 | $54.07 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  | $2,759.83 | $2,122.85 |

Rick V. Bryson Loss Spreadsheet
(DOS: Nov 1998 to Sept 31, 2001)

| Hicn | SurName | FInitial | Dcn | TOS | PlaceSer | FromDt | Diag | ProcCd | PdProv | Basis for Loss | Loss (pd) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 578143429B | BEMBRY | M | 571298327018230 | 2 | 12 | 19981102 | 7030 | 11731 | $0.00 | no notes | $0.00 |
| 578520601A | WASHIN | G | 571299046038000 | 2 | 12 | 19990113 | 6827 | 20000 | $11.70 | no notes | $11.70 |
| 578520601A | WASHIN | G | 571299067018440 | 2 | 12 | 19990217 | 6827 | 20000 | $100.34 | no notes | $100.34 |
| 578015211A | JOHNSO | B | 571299179032110 | 2 | 11 | 19990603 | 7030 | 11750 | $124.86 | no notes | $124.86 |
| 578249738A | ROBERT | B | 571700003784820 | 2 | 11 | 19991201 | 71997 | 11308 | $90.83 | no notes | $90.83 |
| 241345075A | CARTER | C | 571200091004110 | 2 | 12 | 20000205 | 92420 | 10140 | $76.65 | no notes | $76.65 |
| 056249148A | SCOTT | L | 571200140002770 | 2 | 11 | 20000419 | 7358 | 28313 | $336.36 | no notes | $336.36 |
| 224682969A | BERRY | P | 571200143012840 | 2 | 11 | 20000428 | 7358 | 28200 | $272.80 | no notes | $272.80 |
| 408225182D | BOWEN | V | 571200340006870 | 2 | 11 | 20001019 | 7062 | 11421 | $100.92 | no notes | $100.92 |
| | | | | | | | | | $1,114.46 | | $1,114.46 |