NOTICE OF APPEAL CRIMINAL

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : Criminal No. 05-175 (RWR)

RICK VAN BRYSON :

**FILED**
DEC 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

**Name and address of appellant**

Rick Van Bryson

**Name and address of appellant's attorney**

Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue NW., Suite 550
Washington, DC 20004

**Offense**

False Statements relating to Health Care Matter and Causing an Act to be Done in violation of 18 U.S.C. § 1035 and 18 U.S.C. § 2.

**Concise statement of judgment or order, giving date, and any sentence**

Sentence to probation with 6 months home detention and; special assessment of $100.00.; $30,338.90 restitution.

**Name of institution where now confined, if not on bail**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

United States Courthouse • 333 Constitution Avenue N.W.

| DATE | APPELLANT |
|---|---|
| CJA, NO FEE _X_<br>PAID USDC FEE ___<br>PAID USCA FEE ___ | *Tony W. M*<br>ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes