UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

DEC 30 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 05-175 (RWR) |
| | ) |
| RICK VAN BRYSON, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM**

I have signed today the judgment and commitment order, imposing a sentence including 3 years probation with 6 months of home detention. The principal factual dispute at sentencing concerned the proper calculation of the amount of loss and correspondingly the amount of restitution due. The defendant urged a loss amount that would produce a total offense level of 8, while the government urged a loss amount that would produce a total offense level of 10. I found a loss amount resulting in a total offense level of 10. The sentence imposed, however, was based upon a consideration of all factors listed under 18 U.S.C. § 3553, and would have been the same had the total offense level been 8.

SIGNED this 29th day of December, 2005.



RICHARD W. ROBERTS
United States District Judge

