# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia

UNITED STATES OF AMERICA

    Plaintiff,

v.                                             Case No.: 1:05−cr−00175−RWR
                                              Judge Richard W. Roberts

RICK VAN BRYSON

    Defendant.

TYPE OF CASE:               Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF HEARING as to RICK VAN BRYSON Preliminary Revocation Hearing reset for 4/18/2007 at 11:00 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Case continue to trail appeal case in D.C. Superior court.(lm )

**PLACE**

January 10, 2007

                                                                Nancy Mayer−Whittington, Clerk
                                                                               lm, Deputy Clerk