*Roberts, J.*

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-3212                                     September Term, 2006

UNITED STATES OF AMERICA,
        APPELLEE

v.

RICK VAN BRYSON,
        APPELLANT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 1 5 2007

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cr00175-01)

FILED JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: ROGERS, GRIFFITH and KAVANAUGH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and the briefs of parties. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App Pro. 41(a)
ISSUED: 7/6/07
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: May 15, 2007

Opinion for the court filed by Circuit Judge Kavanaugh.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk