UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CR 05-00175 (RWR) |
| ) | |
| RICK VAN BRYSON ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
555 Fourth Street, N.W., Room 5233
Washington, D.C. 20530
(202) 353-2457

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2007, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, Alan Philip Bayles, Esq., 1717 K St., NW, Suite 600, Washington, DC 20036.

    /s/ Geoffrey Carter
ASSISTANT UNITED STATES ATTORNEY